# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11058

_____

JACQUELINE R. EVERSON,

Plaintiff-Appellant,

*versus*

THE COCA-COLA COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02947-MLB

_____

/s/ GBT

2 Order of the Court 24-11058

Before JILL PRYOR, BRASHER, and TJOFLAT, Circuit Judges.

PER CURIAM:

The Petition for Panel Rehearing filed by Appellant Jacqueline R. Everson is DENIED.