In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11058

_____

JACQUELINE R. EVERSON,

Plaintiff-Appellant,

*versus*

THE COCA-COLA COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02947-MLB

_____

JUDGMENT

ISSUED AS MANDATE 1/29/2025

2                                                                                      24-11058

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 16, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 1/29/2025