# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 11, 2025

Jacqueline R. Everson
1530 LOCUST LOG WY
AUSTELL, GA 30168

Appeal Number:  24-11058-HH
Case Style:  Jacqueline Everson v. Coca-Cola Company, et al
District Court Docket No:  1:23-cv-02947-MLB

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion to stay mandate [10397170-2] filed by Appellant Jacqueline R. EversonParty Jacqueline R. Everson.
Reason(s) no action being taken on filing(s): This case is closed. The mandate issued on January 29, 2025.

**No deadlines will be extended** as a result of your deficient filing.

## ACTION REQUIRED

For motions for reconsideration or petitions for rehearing that are not permitted, no action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

Please note that any filing submitted out of time must be accompanied by an appropriate motion, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers

| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken