# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 14, 2025

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

> Re:  Jacqueline R. Everson
>       v. The Coca-Cola Company, et al.
>       No. 24-1164
>       (Your No. 24-11058)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 14, 2025 and placed on the docket May 14, 2025 as No. 24-1164.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst